

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00711-CV

RICHARD J. GONZALES, Appellant

V.

ROBERT DRAKE TERRELL AND HERITAGE PROPERTIES, LP, Appellees

Appeal from the 55th District Court of Harris County.  (Tr. Ct. No. 2008-09906A).

    After inspecting the record of the court below, the Court holds that it lacks subject-matter jurisdiction over this appeal.  Accordingly, the Court **dismisses** the appeal.

    The Court **orders** that the appellant, Richard J. Gonzales, pay all appellate costs.

    The Court **orders** that this decision be certified below for observance.

Judgment rendered April 14, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Higley, and Huddle.